**<u>EXHIBIT A</u>**

**Copyrighted Photograph**

