## **EXHIBIT B**

**Infringing Work**

