**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD GRAHAM,

                *Plaintiff*,

-against-

RICHARD PRINCE, GAGOSIAN GALLERY, INC., and LAWRENCE GAGOSIAN,

                *Defendants*.

No. 1:15-cv-10160-SHS

Oral Argument Requested

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Joshua I. Schiller, and the exhibits attached thereto, Defendants Richard Prince, Gagosian Gallery, Inc., and Lawrence Gagosian hereby move the Court, before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing with prejudice Plaintiff Donald Graham's Corrected Amended Complaint, dated March 25, 2016, ECF No. 30, pursuant to Federal Rule of Procedure 12(b)(6), on the ground of fair use, pursuant to 17 U.S.C. § 107.

Dated: New York, New York
April 20, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew S. Dontzin | /s/ Joshua I. Schiller |
| Matthew S. Dontzin | Joshua I. Schiller |
| Tibor L. Nagy | Matthew L. Schwartz |
| Tracy O. Appleton | Frederick J. Lee |
| DONTZIN NAGY & FLEISSIG LLP | Benjamin Margulis |
| 980 Madison Avenue | BOIES, SCHILLER & FLEXNER LLP |
| New York, New York 10075 | 575 Lexington Avenue |
| Tel: (212) 717-2900 | New York, NY 10022 |
| Fax: (212) 717-8088 | Tel: (212) 446-2300 |
| mdontzin@dnfllp.com | Fax: (212) 446-2350 |
| tibor@dnfllp.com | jischiller@bsfllp.com |
| tappleton@dnfllp.com | mlschwartz@bsfllp.com |
| | flee@bsfllp.com |
| | bmargulis@bsfllp.com |

*Attorneys for Defendants Gagosian Gallery, Inc., and Lawrence Gagosian*

*Attorneys for Defendant Richard Prince*