# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED

RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1812

WRITER'S EMAIL ADDRESS
arich@cravath.com

LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III

OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI

SPECIAL COUNSEL
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER

May 23, 2018

<u>Graham v. Prince et al., No. 1:15-cv-10160-SHS (S.D.N.Y.)</u>
<u>McNatt v. Prince, et al., No. 1:16-cv-08896-SHS (S.D.N.Y.)</u>

Dear Judge Stein:

        This Firm represents Plaintiffs Donald Graham and Eric McNatt in the above-captioned actions. Pursuant to the Court's Individual Practice 1(E), we write to request an extension of the remaining expert discovery deadlines set forth in the Court's Revised Scheduling Order dated December 1, 2017 (Dkt. 77). This is Plaintiffs' first request for an extension of the expert discovery deadlines, and all Defendants consent to this request.

        Specifically, Plaintiffs request that: the deadline for responsive expert reports, currently May 25, 2018, be extended to June 8, 2015; the deadline for rely expert reports, currently June 8, 2015, be extended to June 29, 2018; and the deadline for completing expert depositions, currently June 29, 2018, be extended to July 31, 2018. The other dates set forth in the Revised Scheduling Order have been completed and, therefore, would not be affected by the grant of the extensions sought herein.

Respectfully submitted,

*/s/ Adam I. Rich*

Adam I. Rich


Hon. Sidney H. Stein
   U.S. District Court, Southern District of New York
      Daniel Patrick Moynihan United States Courthouse
         500 Pearl St.
            New York, NY 10007

VIA ECF

Copies to: Counsel of Record

VIA ECF