UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD GRAHAM,

                Plaintiff,

      vs.

RICHARD PRINCE, GAGOSIAN
GALLERY, INC. and LAWRENCE
GAGOSIAN,

                Defendants.

Case No. 1:15-CV-10160-SHS

## NOTICE OF DEFENDANT RICHARD PRINCE'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon this Notice of Motion, the Memorandum of Law in support thereof, the Declaration of Nina D. Boyajian dated October 5, 2018 and the exhibits attached thereto, the Declaration of Richard Prince dated October 3, 2018 and the exhibits attached thereto, the Rule 56.1 Statement of Facts, and upon all other papers and proceedings heretofore had herein, Defendant Richard Prince ("Defendant") hereby moves the Court, before the Honorable Sidney H. Stein, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting summary judgment in favor of Defendant and dismissing the Complaint with prejudice.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order filed August 28, 2018, Plaintiff Donald Graham shall serve and file any opposition papers on or before November 9, 2018, and Defendant shall serve and file any reply papers on or before December 4, 2018.

Dated: New York, New York
October 5, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ Nina D. Boyajian
Richard A. Edlin
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
EdlinR@gtlaw.com

Ian C. Ballon
Nina D. Boyajian
Valerie W. Ho
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (310) 586-7700
Ballon@gtlaw.com
BoyajianN@gtlaw.com
HoV@gtlaw.com

*Attorneys for Defendant Richard Prince*