UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD GRAHAM,

*Plaintiff,*

-against-

RICHARD PRINCE, GAGOSIAN GALLERY, INC. and LAWRENCE GAGOSIAN

*Defendants.*

Case No. 1:15-cv-10160-SHS

---

### DECLARATION OF TRACY O. APPLETON IN SUPPORT OF THE GAGOSIAN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT

I, TRACY O. APPLETON, an attorney duly admitted to practice before this Court, declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statement is true and correct, to my personal knowledge:

1.      I am an attorney at Dontzin Nagy and Fleissig LLP, counsel for Defendants Gagosian Gallery, Inc. and Laurence ("Larry") Gagosian (the "Gagosian Defendants"). I submit this Declaration in support of the Gagosian Defendants' Motion for Partial Summary Judgement.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Brian Wallis, Ph.D., dated April 27, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Ken Maxwell, dated October 5, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the biography of Richard Prince available at http://www.richardprince.com/bio/ (last visited Sept. 19, 2018).

5.      Attached hereto as Exhibit 4 is a true and correct copy of "The Most Expensive Living Artists" on the website of Ivan Krutoyarov, located at http://en.ivankrutoyarov.com/2013/02/the-most-expensive-living-artists.html (last visited Sept. 19, 2018).

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Report of Christian Tregillis, dated June 8, 2018.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the article "artnet News' Top 10 Most Expensive Living American Artists" by Rozalia Jovanovic (Apr. 30, 2014), available at https://news.artnet.com/market/artnet-news-top-10-most-expensive-living-american-artists-11863 (last visited Oct. 2, 2018).

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Artprice.com article, "Artprice launches its 'blue-chip' Art Market index, Artprice100®, designed for financiers and investors," available        at        https://www.artprice.com/artmarketinsight/artprice-launches-its-blue-chip-art-market-index-artprice100-designed-for-financiers-and-investors-2 (last visited Oct. 4, 2018).

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Larry Gagosian, dated October 5, 2018.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition transcript of Ken Maxwell, dated March 1, 2018.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Larry Gagosian, dated March 22, 2018.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Wall Street Journal article "The        Gagosian        Effect"        by        Kelly        Crow        (Apr.        1,        2011),        available        at

https://www.wsj.com/articles/SB10001424052748703712504576232791179823226 (last visited Sept. 19, 2018).

13.    Attached hereto as Exhibit 12 is a true and correct copy of the Richard Prince Bibliography available at https://gagosian.com/media/artists/richard-prince/Prince_Richard_biblio.pdf (last visited at Oct. 5, 2018).

14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Donald Graham, dated March 7, 2018.

15.    Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Donald Graham, dated March 28, 2018.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a list of "Editions" created by Donald Graham, bearing document production number DG00000761-DG00000765.

17.    Attached hereto as Exhibit 16 is a true and correct copy of the Gagosian Gallery New Portraits Press Release, dated October 24, 2014.

18.    Attached hereto as Exhibit 17 is a true and correct copy of the Richard Prince New Portraits "zine" bearing document production number GG_00000550-GG_00000588.

19.    Attached hereto as Exhibit 18 is a true and correct copy of an email from Larry Gagosian to Ken Maxwell, dated June 3, 2014 and bearing document production number GG_00000734.

20.    Attached hereto as Exhibit 19 is a true and correct copy of an email from Eric Brown to Max Teicher, dated September 4, 2014 and bearing document production number GG_00000940-GG_00000949.

21.    Attached hereto as Exhibit 20 is a true and correct copy of the Expert Report of Stephen Holzen, dated April 27, 2018.

22.    Attached hereto as Exhibit 21 is a true and correct copy of the Gagosian Defendants' Responses and Objections to Plaintiff's Second Set of Interrogatories, dated April 3, 2018.

23.    Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the deposition transcript of Stephen Holzen, dated July 20, 2018.

24.    Attached hereto as Exhibit 23 is a true and correct copy of an email from Kenneth Maxwell to Richard Prince, dated August 12, 2014 and bearing document production number GG_00000798-GG_00000799.

25.    Attached hereto as Exhibit 24 is a true and correct copy of an email from Kenneth Maxwell to Derek Blasberg, dated September 12, 2014 and bearing document production number GG_00000807-GG_00000808.

26.    Attached hereto as Exhibit 25 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 11, 2014 and bearing document production number GG_00000932-GG_00000933.

27.    Attached hereto as Exhibit 26 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 22, 2014 and bearing document production number GG_00000989-GG_00000992.

28.    Attached hereto as Exhibit 27 is a true and correct copy of an email from Max Teicher to Kenneth Maxwell, dated September 12, 2014 and bearing document production number GG_00000760.

29.    Attached hereto as Exhibit 28 is a true and correct copy of an email from Kenneth Maxwell, dated September 9, 2014 and bearing document production number GG_00000793-GG_00000797.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an email from Kenneth Maxwell, dated September 6, 2014 and bearing document production number GG_00001289.

31.     Attached hereto as Exhibit 30 is a true and correct copy of an email from Eric Brown to Kenneth Maxwell, dated September 9, 2014 and bearing document production number GG_00000956-GG_00000957.

32.     Attached hereto as Exhibit 31 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 5, 2014, and bearing document production number GG_00000115.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an email from Kenneth Maxwell to Anita Foden, dated September 10, 2014 and bearing document production number GG_00001100-GG_00001101.

34.     Attached hereto as Exhibit 33 is a true and correct copy of an email from Kenneth Maxwell, dated December 22, 2014 and bearing document production number GG_00001353-GG_00001354.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 10, 2014, and bearing document production number GG_00000011.

36.     Attached hereto as Exhibit 35 is a true and correct copy an artist payment record for Richard Prince, dated November 18, 2014 and bearing document production number GG_00000007.

37.     Attached hereto as Exhibit 36 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 12, 2014, and bearing document production number GG_00000466-GG_00000469.

38.     Attached hereto as Exhibit 37 is a true and correct copy the Wall Street Journal article "The Art of Larry Gagosian's Empire," by Elisa Lipsky-Karasz (Apr. 26, 2016).

39.     Attached hereto as Exhibit 38 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 11, 2014 and bearing document production number GG_00000871.

40.     Attached hereto as Exhibit 39 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 22, 2014 and bearing document production number GG_00000971-GG_00000974.

41.     Attached hereto as Exhibit 40 is a true and correct copy of an email from Hanako Williams to Kenneth Maxwell, dated September 22, 2014 and bearing document production number GG_00000985-GG_00000988.

42.     Attached hereto as Exhibit 41 is a true and correct copy of an email from Richard Prince to Kenneth Maxwell, dated September 22, 2014 and bearing document production number GG_00000996-GG_00000999.

43.     Attached hereto as Exhibit 42 is a true and correct copy of an email from Max Teicher to Hanako Williams, dated September 20, 2014 and bearing document production number GG_00001112-GG_00001117.

44.     Attached hereto as Exhibit 43 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 20, 2014 and bearing document production number GG_00001242-GG_00001243.

45.     Attached hereto as Exhibit 44 is a true and correct copy of an email from Kenneth Maxwell to Hanako Williams, dated September 23, 2014 and bearing document production number GG_00001275-GG_00001278.

46.    Attached hereto as Exhibit 45 is a true and correct copy of a subpage of Gagosian.com created for the New Portraits Exhibition.

47.    Attached hereto as Exhibit 46 is a true and correct copy of an email from Darlina Goldak to Kenneth Maxwell, dated September 15, 2014 and bearing document production number GG_00001194-GG_00001237.

48.    Attached hereto as Exhibit 47 is a true and correct copy of a SHAPCO Printing, Inc. electronic invoice, dated September 30, 2014 and bearing document production number GG_00000702.

49.    Attached hereto as Exhibit 48 is a true and correct copy of the Vulture.com article "Richard Prince's Instagram Paintings Are Genius Trolling, by Jerry Saltz (Sept. 23, 2014), available at http://www.vulture.com/2014/09/richard-prince-instagram-pervert-troll-genius.html (last visited Oct. 5, 2018).

50.    Attached hereto as Exhibit 49 is a true and correct copy of a Complex article titled "Richard Prince Turns Celebrity Instagram Photos Into Canvas Prints" by Andrew Lasane, published May 20, 2014 and bearing document production number GG_00000178.

51.    Attached hereto as Exhibit 50 is a true and correct copy of a Quartz article titled "Prince Prints" by Jenni Avins, published May 25, 2014 and bearing document production number GG_00000182-GG_00000183.

52.    Attached hereto as Exhibit 51 is a true and correct copy of an artnet news article titled "Richard Prince Turned His Instagram Feed into a Conceptual Art Project" by Cait Munro, published May 28, 2014 and bearing document production number GG_00000186-GG_00000187.

53.     Attached hereto as Exhibit 52 is a true and correct copy of a Daily Beast article titled "Richard Prince Goes Meta on Instagram" by Justin Jones, published May 29, 2014 and bearing document production number GG_00000190-GG_00000191.

54.     Attached hereto as Exhibit 53 is a true and correct copy of a Phaidon article titled "Take a look at Richard Prince's latest Instagram art," bearing document production number GG_00000192-GG_00000194.

55.     Attached hereto as Exhibit 54 is a true and correct copy of a GalleristNY article titled "The Artworld's Instant Grammification" by Adam Lindemann, published June 16, 2014 and bearing document production number GG_00000195-GG_00000198.

56.     Attached hereto as Exhibit 55 is a true and correct copy of a Slate.fr article titled "L'artiste Richard Prince saisit Internet en trollant merveilleusement Instagram" by Fanny Arlandis, published August 24, 2014 and bearing document production number GG_00000204-GG_00000205.

57.     Attached hereto as Exhibit 56 is a true and correct copy of an artnet article titled "Richard Prince Is Selling Conceptual Instagram Art at Gagosian" by Rozalia Jovanic, published September 18, 2014 and bearing document production number GG_00000206.

58.     Attached hereto as Exhibit 57 is a true and correct copy of a Page Six article titled "Richard Prince images being privately shown" by Emily Smith, published September 18, 2014 and bearing document production number GG_00000207.

59.     Attached hereto as Exhibit 58 is a true and correct copy of an artlyst article titled "Richard Prince 'Steals' Celebrity Instagrams for Gagosian Sale" by Paul Black, published September 21, 2014 and bearing document production number GG_00000208.

60.     Attached hereto as Exhibit 59 is a true and correct copy of a Bullett article titled "#RichardPrince's #InstagramArt Is #NowFeatured at #GagosianGallery" Rachel Lapidos, published September 23, 2014 and bearing document production number GG_00000209-GG_00000210.

61.     Attached hereto as Exhibit 60 is a true and correct copy of a Supertouch article titled "Richard Prince's 'New Portraits' Instagram Show at Gagosian Madison Ave.," published September 23, 2014 and bearing document production number GG_00000211-GG_00000212.

62.     Attached hereto as Exhibit 61 is a true and correct copy of an Animal article titled "Richard Prince's Instagram Portraits" by Andy Cush, published May 19, 2014 and bearing document production number GG_00000286.

63.     Attached hereto as Exhibit 62 is a true and correct copy of a Creators Project article titled "Richard Prince Is Printing Physical Instagram Photos Of Celebrities" by Zach Sokol, published May 20, 2014 and bearing document production number GG_00000287-GG_00000288.

64.     Attached hereto as Exhibit 63 is a true and correct copy of a New Yorker article titled "Richard Prince's Instagrams" by Peter Schjeldahl, published September 30, 2014 and bearing document production number GG_00000221-GG_00000222.

65.     Attached hereto as Exhibit 64 is a true and correct copy of a HuffPost article titled "Your Instagrams Are Richard Prince Artworks" by Matthew Israel, published October 1, 2014 and bearing document production number GG_00000226-GG_00000229.

66.     Attached hereto as Exhibit 65 is a true and correct copy of an artcritical article titled "Richard Prince's New Portraits at Gagosian" by Kurt Ralske, published October 8, 2014 and bearing document production number GG_00000237- GG_00000240.

67.    Attached hereto as Exhibit 66 is a true and correct copy of a Hyperallergic article titled "Richard Prince, Inc." by Tiernan Morgan, published October 9, 2014 and bearing document production number GG_00000245-GG_00000248.

68.    Attached hereto as Exhibit 67 is a true and correct copy of an artnet article titled "Klaus Biesenbach and James Franco Spar Over Richard Prince's Instagram" by Benjamin Sutton, published October 10, 2014 and bearing document production number GG_00000259-GG_00000260.

69.    Attached hereto as Exhibit 68 is a true and correct copy of an Artnet article titled "Richard Prince Sucks" by Paddy Johnson, published October 21, 2014 and bearing document production number GG_00000281-GG_00000282.

70.    Attached hereto as Exhibit 69 is a true and correct copy of an ArtSlant article titled "@richardprince4: Who are the other Richard Princes?" by Charlotte Jansen, published October 2, 2014 and bearing document production number GG_00000848-GG_00000849.

71.    Attached hereto as Exhibit 70 is a true and correct copy of a Hyperallergic article titled "A Young Artist Debuts at Gagosian, Thanks to Richard Prince" by Benjamin Sutton, published October 23, 2014 and bearing document production number GG_00000914-GG_00000915.

72.    Attached hereto as Exhibit 71 is a true and correct copy of a Vulture article titled "The 19 Best Art Shows of 2014" by Jerry Saltz, published December 10, 2014 and bearing document production number GG_00001352.

73.    Attached hereto as Exhibit 72 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 12, 2014, and bearing document production number GG_00000111.

74.     Attached hereto as Exhibit 73 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 20, 2014, and bearing document production number GG_00000012.

75.     Attached hereto as Exhibit 74 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 23, 2014, and bearing document production number GG_00000009.

76.     Attached hereto as Exhibit 75 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated September 23, 2014, and bearing document production number GG_00000112.

77.     Attached hereto as Exhibit 76 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated November 4, 2014, and bearing document production number GG_00000074-GG_00000082.

78.     Attached hereto as Exhibit 77 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated October 2, 2014, and bearing document production number GG_00000039.

79.     Attached hereto as Exhibit 78 is a true and correct copy of a PDF of a Gagosian Gallery Richard Prince Instagram Portraits Excel spreadsheet, dated October 22, 2014, and bearing document production number GG_00000040.

80.     Attached hereto as Exhibit 79 is a true and correct copy of an email from Kenneth Maxwell dated September 19, 2014 and bearing document production number GG_00001135-GG_00001139.

81.     Attached hereto as Exhibit 80 is a true and correct copy of an email to Kenneth Maxwell, dated October 15, 2014 and bearing document production number GG_00001003-GG_00001006.

82.     Attached hereto as Exhibit 81 is a true and correct copy of an Art Crating Bill of Lading dated October 24, 2014 and bearing document production number GG_00000703-GG_00000704.

83.     Attached hereto as Exhibit 82 is a true and correct copy of an email from Max Teicher to Eric Brown, dated September 4, 2014 and bearing document production number GG_00001050-GG_00001053.

84.     Attached hereto as Exhibit 83 is a true and correct copy of the Reply Expert Report of Stephen Holzen, dated June 29, 2018.

85.     Attached hereto as Exhibit 84 is a true and correct copy of the Expert Report of Lisa Phillips, dated April 27, 2018.

86.     Attached hereto as Exhibit 85 is a true and correct copy of the Corrected Amended Complaint, dated March 25, 2016.

87.     Attached hereto as Exhibit 86 is a true and correct copy of Defendant Richard Prince's First Set of Interrogatories and Requests for Admission to Plaintiff Donald Graham, dated December 20, 2017.

88.     Attached hereto as Exhibit 87 is a true and correct copy of the Responses and Objections of Plaintiff Donald Graham to Defendant Richard Prince's First Set of Interrogatories and Requests for Admission, dated February 6, 2018.

89.     Attached hereto as Exhibit 88 is a true and correct copy of Plaintiff Donald Graham's Supplemental Responses and Objections to Defendant Richard Prince's First Set of Interrogatories and Requests for Admission, dated August 17, 2018.

90.     Attached hereto as Exhibit 89 is a true and correct copy of an email from Jennifer Perlmutter to Donald Graham, dated October 20, 2014 and bearing document production number DG00001008-DG_00001009.

Dated: October 5, 2018
        New York, New York

By: _____

DONTZIN NAGY & FLEISSIG LLP
Matthew S. Dontzin, Esq.
Tibor L. Nagy, Jr., Esq.
Tracy O. Appleton, Esq.
980 Madison Avenue
New York, New York 10075
Tel: (212) 717-2900
Fax: (212) 717-8088
mdontzin@dnfllp.com
tibor@dnfllp.com
tappleton@dnfllp.com

*Attorneys for Defendants Gagosian Gallery,
Inc. and Laurence Gagosian*