**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DONALD GRAHAM,

                                    Plaintiff,

vs.

RICHARD PRINCE, GAGOSIAN
GALLERY, INC., and LAWRENCE
GAGOSIAN,

                                    Defendants.

No. 1:15-cv-10160-SHS

ERIC MCNATT,

                                    Plaintiff,

vs.

RICHARD PRINCE, BLUM & POE, LLC,
and BLUM & POE NEW YORK, LLC,

                                    Defendants.

No. 1:16-cv-08896-SHS

**NOTICE OF PLAINTIFFS' JOINT MOTION TO EXCLUDE EXPERT TESTIMONY**
**OF BRIAN WALLIS, LISA PHILLIPS, ALLAN SCHWARTZMAN, DANIEL WOLF,**
**ALICE MARWICK AND SANDRA MINOTT-PHILLIPS**

PLEASE TAKE NOTICE that, upon this Notice of Motion, the Memorandum of

Law in support thereof, and the Declaration of Caitlin N. Fitzpatrick, dated November 9, 2018,

and the exhibits attached thereto, and upon all other papers and proceedings in this action,

Plaintiffs Donald Graham and Eric McNatt (collectively, "Plaintiffs") hereby move the Court,

before the Honorable Sidney H. Stein, at the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York 10007, for an Order excluding the expert testimony of

Brian Wallis, Lisa Phillips, Allan Schwartzman, Daniel Wolf, Alice Marwick and Sandra

Minott-Phillips.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendants shall serve and file any opposition papers on or before November 23, 2018, and Plaintiffs shall serve and file any reply papers on or before November 30, 2018.

Dated:  November 9, 2018

CRAVATH, SWAINE & MOORE LLP,

by

/s/ David R. Marriott
David R. Marriott
David J. Kappos

825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3700 (fax)
dmarriott@cravath.com
dkappos@cravath.com

*Attorneys for Plaintiff Donald Graham and Eric McNatt*

TO:
Richard A. Edlin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, New York 10166

Ian C. Ballon
Nina D. Boyajian
Valerie Wing Ho
Greenberg Traurig LLP
1840 Century Park East
Suite 1900
Los Angeles, California 90067

Matthew S. Dontzin
Tibor L. Nagy, Jr.
Tracy O. Appleton
Dontzin Nagy & Fleissig LLP
980 Madison Avenue
New York, New York 10075

2