UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| DONALD GRAHAM, | : | 15-Cv-10160 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| RICHARD PRINCE, *ET AL*., | : | |
| Defendants. | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| ERIC MCNATT, | : | 16-Cv-8896 (SHS) |
| Plaintiff, | : | |
| -v- | : | |
| RICHARD PRINCE, *ET AL*., | : | |
| Defendants. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court having received the parties' letters today indicating which attorneys will be participating in the argument on Tuesday, July 28, at 12:00 p.m.,

      IT IS HEREBY ORDERED that:

      1.    All the attorneys may join the argument via Skype;

      2.    Each party shall designate only one individual to speak on that party's behalf; and

      3.    Only the attorneys who will be speaking shall join the meeting using video.  All other attorneys shall join the meeting using audio only.

Dated: New York, New York
       July 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.