```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD GRAHAM

                Plaintiff,

-against-

RICHARD PRINCE, *ET AL.*

                Defendants.

15-CV-10160 (SHS)

ORDER

---

ERIC MCNATT

                Plaintiff,

-against-

RICHARD PRINCE, *ET AL.*

                Defendants.

16-CV-8896 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of plaintiffs' letter dated July 24, 2020. (*Graham* ECF No. 209; *McNatt* ECF No. 186.) The Court does not intend to hear argument on the Gagosian defendants' motion for partial summary judgment against plaintiff Donald Graham related to damages during tomorrow's oral argument. The argument will be limited to: (1) defendant Prince's motion for summary judgment in his favor against plaintiff Graham, which the Gagosian defendants join; and (2) defendants Blum & Poe, LLC, Blum & Poe New York, LLC, and Prince's motion for summary judgment in their favor against plaintiff Eric McNatt.

    Dated: New York, New York

           July 27, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.