UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD GRAHAM,

        Plaintiff,

v.

RICHARD PRINCE, GAGOSIAN GALLERY, INC., and LAWRENCE GAGOSIAN,

        Defendants.

15-Cv-10160 (SHS)

ORDER

---

ERIC MCNATT,

        Plaintiff,

v.

RICHARD PRINCE, BLUM & POE, LLC, and BLUM & POE NEW YORK, LLC,

        Defendants.

16-Cv-8896 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

In light of defendants' pending motions for summary judgment in these related copyright actions,

IT IS HEREBY ORDERED that on or before September 15, 2021, defendants shall file supplemental memoranda of no more than 25 pages addressing the impact on the pending motions of the recent decisions in *Google LLC v. Oracle Am., Inc.*, 141 S. Ct. 1183 (2021), and *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, 992 F.3d 99 (2d Cir. 2021), *amended by* No. 19-2420 (2d Cir. Aug. 24, 2021). On or before September 22, plaintiffs shall file a responsive memorandum of no more than 25 pages.

Dated: New York, New York
       August 25, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.