UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DONALD GRAHAM,                      :        15-Cv-10160 (SHS)

                    Plaintiff,       :

            -v-                      :        ORDER

RICHARD PRINCE, *ET AL.*,           :

                    Defendants.      :

-------------------------------------------------------x

ERIC MCNATT,                        :        16-Cv-8896 (SHS)

                    Plaintiff,       :

            -v-                      :

RICHARD PRINCE, *ET AL.*,           :

                    Defendants.      :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the parties are directed to meet and confer and submit to the Court on or before October 13, 2023, an agreed upon proposed date for the commencement of the trial of each of these actions. The trials are to commence within the next three to four months. The defendants should also state whether they seek a trial by jury or by the Court.

Dated: New York, New York
     October 2, 2023

                        SO ORDERED:

                        Sidney H. Stein, U.S.D.J.