UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| DONALD GRAHAM, | : | 15-Cv-10160 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| RICHARD PRINCE, *ET AL.*, | : | |
| Defendants. | : | |

--------------------------------------------------------x

| | | |
|---|---|---|
| ERIC MCNATT, | : | 16-Cv-8896 (SHS) |
| Plaintiff, | : | |
| -v- | : | |
| RICHARD PRINCE, *ET AL.*, | : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A telephone conference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The parties shall meet and confer within the next 10 days and propose dates in January or February 2024 for the commencement of trials of these actions by Monday, October 23, 2023; and

2. Assuming the parties are prepared to have these matters mediated, the parties shall agree on and retain a mediator within the next two weeks.

Dated: New York, New York
       October 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.