UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONALD GRAHAM,  :  15-Cv-10160 (SHS)

        Plaintiff,  :

        -v-  :  ORDER

RICHARD PRINCE, *ET AL.*,  :

        Defendants.  :

------------------------------------------------------------x

ERIC MCNATT,  :  16-Cv-8896 (SHS)

        Plaintiff,  :

        -v-  :

RICHARD PRINCE, *ET AL.*,  :

        Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    I.    The trial in *Graham v. Prince, et al.* shall take place before an eight-member jury commencing at 9:30 a.m. on January 29, 2024, in Courtroom 23A of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

    The following documents shall be filed on or before December 29, 2023:

    1.    A joint pretrial order setting forth the items required by paragraph 3A of the Court's Individual Practices;

    2.    Proposed requests to charge;

    3.    If the parties wish, proposed voir dire;

    4.    Any motions in limine; and

     5.    Responses to motions in limine, if any, shall be filed on or before January 12, 2024.

     II.    The trial in *McNatt v. Prince, et al.* shall take place before an eight-member jury commencing at 9:30 a.m. on February 20, 2024, in Courtroom 23A of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The following documents shall be filed on or before January 22, 2024:

     1.    A joint pretrial order setting forth the items required by paragraph 3A of the Court's Individual Practices;

     2.    Proposed requests to charge;

     3.    If the parties wish, proposed voir dire;

     4.    Any motions in limine; and

     5.    Responses to motions in limine, if any, shall be filed on or before February 5, 2024.

Dated: New York, New York
         December 1, 2023

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.