UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| DONALD GRAHAM, | : | 15-Cv-10160 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| RICHARD PRINCE, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| ERIC MCNATT, | : | 16-Cv-8896 (SHS) |
| Plaintiff, | : | |
| -v- | : | |
| RICHARD PRINCE, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, the Court denies defendants' motions for security for costs pursuant to Local Rule 54.2 [Doc. No. 237 in *Graham v Prince, et al.*, and Doc. No. 207 in *McNatt v. Prince, et al.*]; and

2. The Court denies plaintiffs' application to consolidate these two cases for trial. The *McNatt* trial will commence on January 29, 2024, at 9:30 a.m. and the *Graham* trial will commence on February 20, 2024, at 9:30 a.m.

Dated: New York, New York
December 13, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.